UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER A. OYENUGA, )<br>)<br>    Petitioner )<br>) <br>    v. )<br>)<br>ATTORNEY GENERAL JOHN ASHCROFT, )<br>ET AL., )<br>)<br>    Respondent ) | Civil Action No.<br>05cv10170-PBS |

RESPONDENT'S REPLY TO PETITIONER'S RESPONSE AND
OPPOSITION TO RESPONDENT'S MOTION TO DISMISS

Respondent[1] seeks leave of Court to reply to Petitioner's Response and Opposition to Respondent's Motion to Dismiss ("Petitioner's Response").

Petitioner's reference to 8 U.S.C. § 2241(d) as suggesting concurrent habeas corpus jurisdiction in the district of Massachusetts and a district in Louisiana is misplaced. Petitioner's Response, p.4.  Section 2241(d) clearly refers to the circumstance where there are two or more separate judicial districts <u>within a single state</u>.  Moreover, petitioner's custody is not "under the judgment and sentence of a State court", but rather is as a result of his final administrative order of removal. Finally, petitioner fails to answer or otherwise

---

[1] <u>See</u> 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

contradict the plainly dispositive application of <u>Vasquez v. Reno, et al.</u>, 233 F.3d 688, 690 (1st Cir. 2000) to his case.

## CONCLUSION

For all the reasons set out above, the Court should dismiss this case and deny all other relief sought.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By: <u>s/Frank Crowley</u>
     FRANK CROWLEY
     Special Assistant U.S. Attorney
     Department of Homeland Security
     P.O. Box 8728
     J.F.K. Station
     Boston, MA 02114
     (617) 565-2415

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on February 23, 2005.

                    <u>s/Frank Crowley</u>
                    FRANK CROWLEY
                    Special Assistant U.S. Attorney
                    Department of Homeland Security
                    P.O. Box 8728
                    J.F.K. Station
                    Boston, MA 02114