```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|                              |                                  |
|------------------------------|----------------------------------|
| ALEXANDER A. OYENUGA,        )                                 |
|                              )                                 |
|            Petitioner,       )                                 |
|                              )                                 |
|       v.                     ) CIVIL ACTION NO. 05-10170-PBS   |
|                              )                                 |
| ATTORNEY GENERAL             )                                 |
| JOHN ASHCROFT, et al.,       )                                 |
|                              )                                 |
|            Defendants.       )                                 |

**ORDER**

April 1, 2005

Saris, U.S.D.J.

   After receiving the Declaration of Craig S. Robinson, the Court ORDERS the action transferred to the United States District Court for the District of Louisiana which has jurisdiction over petitioner's custodian, the Plaquemine Parish Detention Center in Braithwaite, Louisiana.  The Court also modifies the terms of its Order dated March 31, 2005, staying removal, by providing that it will expire fourteen (14) days after the transfer of the action to Louisiana is completed, unless the stay is extended or vacated by the Louisiana Court.

                                        /s/ Patti B. Saris

                                        _____
                                        PATTI B. SARIS
                                        UNITED STATES DISTRICT JUDGE