


**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE**
**1 COURTHOUSE WAY - SUITE 2300**
**BOSTON, MASSACHUSETTS 02210**
**TELEPHONE: 617-748-9152**

**TO:**

 USDC, Eastern District of LA

 500 Poydras, Room C-151

 New Orleans, LA 70131

**RE:**

CIVIL ACTION #.   05-10170

CRIMINAL #.   _____

_____

_____

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____  4/5/05  by the Honorable   Patti B. Saris .

The following documents are included in our file and transmitted herewith:

( x )     Certified copy of the docket entries;

( x )     Certified copy of the transferral order;

( )     Original documents numbered  1-12

( )     _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:  4/6/05

By:    /s/ Christine Patch
       Deputy Clerk

cc:     Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number:_____.

By:_____
    Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)